July 7, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

**ERIC E. PEREZ AND EDMUNDO PEREZ, Appellants**

**NO. 14-15-00291-CV**         **V.**

**LE PRIVE ENTERPRISE, L.L.C. D/B/A MEKANO LIVE & GRILL AND MANUEL ARELLANO, Appellees**

_____

This cause, an appeal from the judgment in favor of appellee, Le Prive Enterprise, L.L.C. d/b/a Mekano Live & Grill and Manuel Arellano, signed, December 18, 2014, was heard on the transcript of the record. We have inspected the **record** and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.